## BRATTON vs. McGLOTHLEN.

1. When the service of an original attachment is only made by the summons of a garnishee, it is erroneous to render judment against the defendant in attachment, until the garnishee has admitted a debt due, or property in his hands, or until a final judgment has been rendered against him for his default.

ERROR to the Circuit Court of Marshall.

Tried before the Hon. L. P. Walker.

In this case the attachment was executed by the service of a summons of garnishment by a constable.   The record does not show that the garnishee ever answered, or that any judgment was entered against him.  A judgment by default against the defendant in attachment was rendered by the court below, to reverse which he prosecutes a writ of error to this court.

WYETH & ADAMS, for plaintiff in error.

No Counsel for the defendant.

GOLDTHWAITE, J.—The service of the attachment in this case having been made only by the summons of a garnishee, it was erroneous, had the service been regular, to render a judgment against the defendant in attachment, until the garnishee had admitted a debt due, or property in his hands, or until a final judgment had been entered for his default. 7 Ala. 715; 9 ib. 211.

The disposition of the case on this ground renders it unnecessary to consider the other assignments.

The judgment is reversed, and the cause remanded.